IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL HOCKLESS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-00533 |
| LIEUTENANT HARRINGTON, ET. AL., | § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant*. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Michael Hockless, proceeding *pro se*, filed the above-styled lawsuit against four defendants. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. Judge Stetson submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against Jefferson County, Texas, be dismissed for failure to state a claim upon which relief may be granted. [Dkt. 8]. The Court has received and considered the Report and Recommendation of United States Magistrate Judge. A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court. No objections were filed to the Report and Recommendation.

It is therefore **ORDERED** that findings of fact and conclusions of law contained in the Report and Recommendation of United States Magistrate Judge [Dkt. 8] are correct and the Report and Recommendation [Dkt. 8] is **ADOPTED** as the opinion of the Court. The claim against Jefferson County is hereby **DISMISSED**.

The Clerk of Court is **INSTRUCTED** to terminate Jefferson County Correctional Facility as a defendant in this matter.

**SIGNED this 3rd day of March, 2023.**

_____
Michael J. Truncale
United States District Judge